UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS /AUSTIN DIVISION

FILED

IN RE: ALFRED MARTINEZ                                      SSN: XXX-XX-0539

MAR - 5 2004

U.S. BANKRUPTCY COURT          CASE NO: 02-10034-FM
BY _____ DEPUTY            CHAPTER 13

--------------------------------------------------------------------------
                 AMENDED ORDER TO EMPLOYER TO PAY TO THE TRUSTEE
--------------------------------------------------------------------------
      Upon representation of the Trustee, or other interested party, the Court
finds that:
      The above named debtor has pending in this Court a case for the adjustment
of debts  by an individual with regular income under the provisions of Chapter
13 of Title 11 U.S.C. and pursuant to the provisions of said statute and of the
Trustee of this Court as may be necessary for the execution of the debtor's
plan; and
      That under the provisions of  28  U.S.C.  Sec. 1471(e) this Court has
exclusive jurisdiction of all property including the earnings from services
performed by the debtor during the pendancy of this case and pursuant to 11
U.S.C. Sec. 1325(c) any entity from whom the debtor receives income shall pay
all or any part of such income to the Trustee as may be ordered by the Court.
A portion of the debtor's earnings from services are necessary for the
execution of the debtor's plan.
      NOW, THEREFORE, IT IS ORDERED that until further order of this Court, the
employer of said debtor:
         APPLIED MATERIALS
         9700 E HWY 290 BUILDING 34
         M/S 3400 NASSC PAYROLL
         AUSTIN TX 78724-1102
shall deduct from the earnings of said debtor the sum of $   467.00
monthly (   233.50  twice monthly,    215.54  bi-weekly,    107.77
weekly beginning on the next pay day following the receipt of this Court
Order and deduct a similar amount for each pay period thereafter, including
any period for which the debtor receives periodic, or lump sum, payment for or
on account of vacation, termination or any other benefits arising out of
present or past employment of the debtor, and to remit forthwith the sums so
deducted to:      Deborah Langehennig, Chapter 13 Trustee
                         P.O. Box 298
                  Memphis, TN 38101-0298
or his successor in interest.
      IT IS FURTHER ORDERED that said employer notify said Trustee if the
employment of said debtor be terminated and the reason for such termination.
      IT IS FURTHER ORDERED that all earnings and wages of the debtor, except
the amount required to be withheld by the provisions of any laws of the United
States, the laws of any state or political subdivision, or by any insurance,
pension or union dues agreement between employer and the debtor, or by the
order of this Court be paid to the aforesaid debtor in accordance with the
employer's usual payroll procedure.
      IT IS FURTHER ORDERED that no deductions for account of any garnishment,
wage assignment, credit union or other purpose not specifically authorized by
this Court be made from the earnings of said debtor.
      IT IS FURTHER ORDERED that this order supersedes previous orders, if any,
made to the subject employer in this cause.

          Mar 5, 2004                        _____
                                             UNITED STATES BANKRUPTCY CLERK