UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: ALFRED MARTINEZ                    CASE NO. 02-10034-FM
        CATHY GONZALES MARTINEZ

        DEBTOR(S)                         CHAPTER 13

**TRUSTEE'S REPORT OF MORATORIUM**

     The Standing Chapter 13 Trustee hereby submits this report of
the Debtor's request for moratorium of plan payments.

     Local Rule 3024 states, "The Chapter 13 Trustee shall have the
authority to grant one sixty (60) day moratorium, in the Trustee's
discretion; no motion, notice or other Court approval shall be
required, but the circumstances shall be documented in the Trustee's
records."

     The Trustee shows that the request for moratorium is  **APPROVED**
for a period of sixty (60)  days. Regular Chapter 13 plan payments
are scheduled to resume on November 3, 2004  . The request for
moratorium is **APPROVED** for the following reason(s):

     DEBTORS HAVE MOVING EXPENSES.
     ONE MONTH REFUND ONLY DUE TO ARREARS.
     FUTURE REQUEST FOR A MORATORIA MUST BE APPROVED BY THE COUR.

                    Respectfully Submitted,


                    /s/ Deborah B. Langehennig

                    Deborah B. Langehennig
                    Chapter 13 Standing Trustee
                    3801 S. Capital of Texas Hwy. #320
                    Austin, Texas 78704

_____

**Certificate of Service**


     I hereby certify that a true and correct copy of the
foregoing Report of Moratorium was mailed to the Debtor(s) and
Debtor's(s') attorney on or about September 29, 2004.

                    /s/Deborah B. Langehennig

                    Deborah B. Langehennig
                    Chapter 13 Trustee