10074834
205.85

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: ALFRED MARTINEZ
     CATHY GONZALES MARTINEZ
DEBTOR(S)

CASE NO. 02-10034-FM

CHAPTER 13

**FILED**
JAN 4 2006
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

NOTICE TO PAY UNCLAIMED FUNDS INTO THE COURT

COMES NOW, Deborah Langehennig, the Chapter 13 Trustee in this case, and reports the following:

1. Debtor(s) filed for relief under Chapter 13 on Fri Jan 04, 2002. The Court confirmed the Debtor's(s') plan on August 22, 2002. The Debtor(s) completed payments under the plan on August 30, 2005.

2. DILLARD NATIONAL BANK, (the "Creditor") filed a proof of claim in the above-referenced case and the Trustee made payments thereon. Disbursement checks to this creditor have not been negotiated.

3. The Trustee, therefore, believes the unclaimed funds owing the creditor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code.

4. The Trustee's check for $ 205.85, payable to the Clerk of the Court, is attached to this notice.

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure and 11 U.S.C. Sec. 347(a), the Trustee files the following list of all known names and addresses of the persons and the amounts to which they are entitled to be paid from the estate.

| Name and Address of Creditor | Amount of Disbursement Check |
|---|---|
| DILLARD NATIONAL BANK<br>% BRENT P BURFORD ATTY AT LAW<br>PO BOX 92658<br>SOUTHLAKE TX 76092 | $ 205.85 |

Deborah Langehennig, Chapter 13 Trustee
3801 Capital of Texas Hwy. S., Suite 320
Austin, Texas 78704
(512) 912-0305

```
                    UNITED STATES BANKRUPTCY COURT
              WESTERN DISTRICT OF TEXAS / AUSTIN DIVISION

IN RE:                                      CASE NO. 02-10034 FM
ALFRED MARTINEZ                             CHAPTER 13
CATHY GONZALES MARTINEZ

                       CERTIFICATE OF SERVICE
                       ----------------------

     I, DEBORAH LANGEHENNIG, CERTIFY THAT A TRUE AND CORRECT COPY OF
THE NOTICE TO PAY UNCLAIMED FUNDS INTO THE COURT
HAS BEEN MAILED BY US MAIL TO THE DEBTOR(S), DEBTOR(S)' ATTORNEY OF RECORD,
AND ALL CREDITORS AT THE ADDRESSES LISTED BELOW ON December 28, 2005 .

-----------------------------------------------------------------------
ALFRED MARTINEZ                      HANSEN & ASSOCIATES
CATHY GONZALES MARTINEZ              1016 LA POSADA STE 140
1302 CANNA LILY LN
                                     AUSTIN TX 78752
PFLUGERVILLE TX 78660
-----------------------------------------------------------------------
U.S. TRUSTEE
903 SAN JACINTO
SUITE 230
AUSTIN TX  78701
-----------------------------------------------------------------------




-----------------------------------------------------------------------

                              /s/ Deborah Langehennig
                 SIGNED:_____
                        DEBORAH LANGEHENNIG, CHAPTER 13 TRUSTEE

                         ON: December 28, 2005

                                               !&COSN99&!
```