FILED

APR 2 8 2009

U.S. BANKRUPTCY COURT
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT
WESTERN DIVISION OF TEXAS
SAN ANTONIO DIVISION

IN RE:
PAUL L. DARDEN
WANDA A. DARDEN

CASE NO: BKS-04-52443 K

CHAPTER 13

Debtors

## TRUSTEE'S NOTICE TO PAY UNCLAIMED FUNDS TO THE COURT

COMES NOW, MARION A OLSON JR, the Chapter 13 Trustee in this case, and reports the following:

1. Debtor filed for relief under Chapter 13 on April 27, 2004. The Court Confirmed the Debtor's plan on June 21, 2004.

2. DILLARD NATIONAL BANK, (the "Creditor") filed a proof of claim in the above referenced case and the Trustee made payments thereon. Disbursement checks to this creditor have not been negotiated.

3. The Trustee, therefore, believes the unclaimed funds owing the creditor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code.

4. The Trustee's check for $258.16, payable to the Clerk of the Court, is attached to this notice.

**PAID**
# 100854

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure and 11 U.S.C. Sec. 347(a), the Trustee files the following list of all known names and addresses of the persons and the accounts to which they are entitled to be paid from the estate.

| Name and Address of Creditor | Amount of Disbursement Check |
|---|---|
| DILLARD NATIONAL BANK<br>C/O BRENT P BURFORD<br>5215 N O CONNOR BLVD STE 1060<br>IRVING,TX 75039-3770 | $258.16 |

Respectfully submitted,

/s/ Marion A. Olson, Jr.

MARION A. OLSON, JR.
CHAPTER 13 STANDING TRUSTEE
909 NE LOOP 410 #400
SAN ANTONIO, TX 78209
(210) 824-1460

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:                                  CHAPTER 13

**PAUL L. DARDEN**
**WANDA A. DARDEN**

DEBTOR(S)                      CASE NO.:  **04-52443 K**

**CERTIFICATE OF SERVICE**
------------------------------------------

I hereby certify that a true and correct copy of the attached document was served  **April 23, 2009**
by First Class Mail, upon the following:

Debtor(s):
PAUL L. DARDEN
WANDA A. DARDEN
223 PRESTON
SAN ANTONIO, TX  78210

AND TO THE CREDITORS AND PARTIES IN INTEREST LISTED BELOW:

DILLARD NATIONAL BANK                    Attorney For Debtor(s)
C/O BRENT P BURFORD                      RICK FLUME
5215 N O CONNOR BLVD STE 1060            C/O FLUME & ASSOCIATES
IRVING, TX  75039-3770                   8700 CROWNHILL BLVD STE 502
                                         SAN ANTONIO, TX  78209

/S/

Marion A. Olson, Jr.
CHAPTER 13 TRUSTEE
1020 N.E. Loop 410, Suite 800
San Antonio, TX 78209
(210) 824-1460